FILED

5/4/2022

Clerk, U.S. District Court
District of Montana
Great Falls Division

ETHAN R. PLAUT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Ethan.Plaut@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 31   -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | |
| HUGO GUTIERREZ RODRIGUEZ *aka Victor aka Juice*, | CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty for Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |
| Defendant. | |

|  | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2 (Count II)<br>(Penalty for Methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br>(Penalty for Fentanyl: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>DISTRIBUTION OF FENTANYL<br>Title 21 U.S.C. § 841(a)(1) and<br>Title 18 U.S.C. § 2 (Count III)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That from in or about January 2021, and continuing through at least February 2022, at or near Havre and Box Elder, in Hill County, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, and elsewhere, the defendant, HUGO GUTIERREZ RODRIGUEZ *aka Victor aka Juice*, knowingly and unlawfully conspired and agreed with other persons known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 or

2

more grams of actual methamphetamine, a Schedule II controlled substance, and a substance containing fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That from in or about January 2021, and continuing through at least February 2022, at or near Havre and Box Elder, in Hill County, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, and elsewhere, the defendant, HUGO GUTIERREZ RODRIGUEZ *aka Victor aka Juice,* knowingly possessed, with the intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

That on or about November 8, 2021, at Havre, in Hill County, in the State and District of Montana, the defendant, HUGO GUTIERREZ RODRIGUEZ *aka Victor aka Juice,* knowingly and intentionally distributed a substance

//

//

//

containing fentanyl, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL. Foreperson signature redacted. Original document filed under seal.

LEIF M. JOHNSON
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney